**Walter G. CLARK v. Sam JAFFE, Individually, and Sam Jaffe et al., d/b/a Sam Jaffe Company, and Joseph Homan.**

No. 10588.

United States Court of Appeals
Sixth Circuit.

Dec. 8, 1948.

J. J. Greenleaf and George T. Ross, both of Richmond, Ky., for appellant.

John Noland, of Richmond, Ky., and Gatch, Kleinman, Roberts & Kuhn, of Cincinnati, Ohio, for appellees.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and on the briefs and oral argu-

ments of attorneys for the appellant and the appellees, respectively; and it appearing that the findings of fact of the district court are supported by substantial evidence and are not clearly erroneous, that the conclusions of law are correctly drawn, and that the oral opinion of the district court makes clear the reasonable and just basis of its decision, the judgment of the district court is affirmed.